IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AIO US, INC., et al., | ) | Bankruptcy Case No.: 24-11836-CTG |
| | ) | BAP No. 25-0046 |
| Debtors. | ) | |
| _____ | ) | |
| CERTAIN UNDERWRITERS AT | ) | |
| LLOYDS, LONDON, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1245-MN |
| | ) | |
| AIO US, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **17th day of November 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties in the event that mediation does not move forward):

1. Appellants' Opening Brief shall be filed on January 14, 2026.

2. Appellees' Answering Brief shall be filed on February 13, 2026.

3. Appellants' Reply Brief shall be filed on February 27, 2026.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE